Dismissed and Memorandum Opinion filed March 31, 2005









Dismissed and Memorandum Opinion filed March 31, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00213-CV

____________

 

HAROLD
HIGGINS, ET. AL, Appellants

 

V.

 

FEDERAL
NATIONAL MORTGAGE, ET. AL, Appellee

 



 

On Appeal from the
239th District Court

 Brazoria County, Texas

Trial Court Cause No.  27497

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
January 19, 2005.

On March 8, 2005, appellants filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 31, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.